## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ERIK SILGUERO,<br><br>        Plaintiff,<br><br>  v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>        Defendant. | Case No.: 3:18-cv-00544-JD-MGG<br><br>*ELECTRONICALLY FILED* |

      Plaintiff Erik Silguero ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED:

*/s/ Jeffrey D. Pilgrim (with permission)*
Jeffrey D. Pilgrim
PILGRIM CHRISTAKIS LLP
321 N. Clark Street, 26th Floor
Chicago, IL 60654
Tel: (312) 939-0983
Fax: (312) 969-0983
Email: jpilgrim@pilgrimchristakis.com
*COUNSEL FOR DEFENDANT*

*/s/ Andrew K. Homan*
Andrew K. Homan
Homan Legal
244 N. College Ave.
Indianapolis, IN 46202
Tel: (317) 639-3318
E: andrew@homanlegal.com
*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I certify that on December 18, 2019 a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed using the CM/ECF system, which will provide notice to the following:

Jeffrey D. Pilgrim
PILGRIM CHRISTAKIS LLP
321 N. Clark Street, 26th Floor
Chicago, IL 60654
Tel: (312) 939-0983
Fax: (312) 969-0983
Email: jpilgrim@pilgrimchristakis.com
*COUNSEL FOR DEFENDANT*

*By: /s/ Andrew K. Homan*
Andrew K. Homan
Homan Legal
244 N. College Ave.
Indianapolis, IN 46202
Tel: (317) 639-3318
E: andrew@homanlegal.com
*COUNSEL FOR PLAINTIFF*